UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STEVEN LAMPLEY,

           Plaintiff,

v.                                      Case No. 17-cv-1132-pp

BRADY LATOUR, KATHY LEMENS,
and JOCELYN JOHNSON,

           Defendants.

**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO STAY DEADLINES PENDING NOTIFICATION BY PLAINTIFF OF NEW ADDRESS (DKT. NO. 31) AND GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME (DKT. NO. 32)**

      The plaintiff is a Wisconsin state prisoner representing himself. He filed a complaint, alleging that the defendants acted with deliberate indifference to the risk that he would attempt suicide, in violation of the Eighth Amendment to the United States Constitution. See Dkt. No. 1 at 2-5. The court allowed the plaintiff to proceed against the defendants on that claim. Dkt. No. 17. On March 19, 2019, the defendants filed a motion to stay deadlines pending notification by plaintiff of new address. Dkt. No. 31. Three days later, the plaintiff filed a motion for extension of time and a notice of change of address. Dkt. No. 32.

      The current deadline for the completion of discovery is March 29, 2019 and the deadline for filing dispositive motions is April 30, 2019. Dkt. No. 28. In

his motion, the plaintiff asks for an "extension of deadline" from March 29, 2019 to April 29, 2019. Dkt. No. 32 at 1.

Because the plaintiff has provided his new address, the court will deny as moot the defendants' motion to stay these deadlines pending notification by plaintiff of his new address. And, the court will grant the plaintiff's motion for extension of time and set new discovery and dispositive motion deadlines.

The court **DENIES AS MOOT** the defendants' motion to stay deadlines pending notification by plaintiff of new address. Dkt. No. 31.

The court **GRANTS** the plaintiff's motion for extension of time. Dkt. No. 32. The court **ORDERS** that the deadline for the completion of discovery is now **April 30, 2019** and the deadline for filing dispositive motions is now **May 31, 2019**.

Dated at Milwaukee, Wisconsin this 26th day of March, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**